

RECEIVED
MAR 0 5 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

KELLY THOMPSON

---

(Enter above the **FULL** name of each plaintiff in this action)

vs.                                                   **COMPLAINT**

CONNIE BOLIN, ET AL
Unknown Defendant
Unknown Defendant
Unknown Defendant

---

(Enter above the **FULL** name of each defendant in this action)

**Parties**

(In item A below, place your name in the first blank and place your present address and telephone number in the second blank. In the third blank write the state where your home is ("Home State"). In item B below, do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff _Connie Bolin_

   Address & Telephone Number _605 N, PINE ST, Carterville, MO 64835_

   Home State _MO._

B.  Additional Plaintiffs (include addresses, telephone numbers and home state for each)

   _unknown defendant_
   _unknown defendant_
   _unknown defendant_

(In item C below, place the **FULL** name of the defendant in the first blank place, the address and telephone number for the defendant in the second blank. In the third blank, write the state in which the defendant has his/her home. If the defendant is a corporation, list the location of its home office, and the state where it is incorporated, if known. If the defendant is a government agency, simply name it. In item D, do the same for additional defendants, if any.)

C.  Name of defendant _unknown Banking defendant_

   Address & Telephone Number _____

   Home State _____

D.  Additional Defendants (include addresses, telephone numbers and home state for each).

   _____
   _____
   _____

**STATEMENT OF CLAIM**

## STATEMENT OF FACTS

1. The Plaintiff is the 'only' biological daughter of Charles E. Thompson, Kevin Thompson is the 'only' biological son... of Charles E. Thompson.

   The Defendant Connie Bolin, is the biological mother of the Plaintiff & Kevin Thompson.

2. Charles E. Thompson & Defendant Bolin were 'Never' married. Charles E. Thompson died on 18th day of June, 2017 in Burlington IA at Great River medical Hospital. MR. Thompson did 'NOT' leave a will & to this date no trustee has been appointed.
   Likewise, no probate filings were initiated.

3. MR. THOMPSON was a long time resident of Columbus Junction, IA at his untimely passing. Defendant Bolin is a long time resident of Carterville, Mo.

4. Defendant Bolin, shortly after MR. Thompsons death, some how managed to insert herself into MR. Thompson's affairs, by self declaration Defendant
                                                    CONTINUED,

---

1. no person has been appointed as trustee of mr. Thompsons Estate to date.

STATEMENT OF FACTS, cont

took charge of Mr. Thompson's affairs to include, cash, personal property, banking & credit affairs & by self declaration named herself the "SOLE Beneficiary" of Mr. Thompson's Estate.!?

5. Defendant Bolin took possession of cash & property totaling more than $100,000.00 (one hundred thousand dollars). Defendant Bolin has been using said assets to enhance her wealth, I.E., Defendant Bolin ~~stole~~ a dead persons assets.

6. Mr. Thompson's assets are: Personal Property.
- 2 motorcycles
- Dodge Diesel truck
- 4 wheeler
- 40 Guns & safe
- roll top desk
- 2 Plastic prostetic legs ($80,000.00)
- Bank Account (Washington state Bank) --- unknown cash value.

Defendant Bolin removed the above assets to Carterville Missouri

## STATEMENT OF FACTS CONT:

7. Defendant Bolin has used & sold Mr. THOMPSONS Assets and continues to do so. Defendant Bolin had NO legal or moral right to be anywhere near MR. THompsons affairs.

8. Plaintiff Thompson now seeks to recover all assets stolen by Defendant Bolin. Plaintiff Thompson speaks for herself and MR. THOMPSON.

...
...
...

## COUNT ONE: FRAUD

1. Defendant Bolin committed fraud by appointing herself the head of MR. THOMPSONS Estate, and

Defendant Bolin stole the entire estate of dead person whom she had no legal ties to.

Defendant Bolin took possession & control of the property of a deceased person -- MR. THOMPSON, with the intent to deprive MR. THOMPSONS surviving blood relatives of his estate.

Defendant Bolin misappropriated MR. THOMPSONS estate, which she held illegally, by using/disposing of said estate assets for her own use knowing Plaintiff Thompson is the right & legal heir to MR. THOMPSONS ESTATE.

1. Charles E. Thompson

## COUNT TWO: THEFT OF ESTATE ASSETS

1. Defendant Bolin committ[ed] theft by removing the estate assets of Charles E. Thompson, and removing said assets to another state, i.e. Carterville, Missouri.

Likewise, Defendant Bolin committed theft removing, selling, using said assets of Mr. Thompson's estate.

Defendant Bolin had no authority to exercise any form of control of/over Mr. Thompson's Estate.

## COUNT THREE: CONSPIRACY

1. Defendant Bolin is up in age, Defendant Bolin could not herself carry out the theft, fraud, and conspiracy without help.

Defendant Bolin committed Conspiracy when she conspired with others to help her commit the crimes she is now being sued for.

Defendant Bolin's solicitation of unknown Defendants to help her engage in theft & fraud on/of Mr. Thompsons estate is proof of conspiracy.

# RELIEF SOUGHT

1. Plaintiff Thompson seeks an order by this Court directing Defendant Bolin to cease and desist the sale of estate assets.

2. Plaintiff Thompson seeks an order from this court directing the Defendant to immediately turn over all remaining assets of Charles E. Thompson to the Plaintiff; Likewise, Defendant is in the possession Mr. Thompson's remains which need to be returned to Plaintiff.

3. Plaintiff requests this Court do a asset check of the Iowa DMV to determine how many vehicles, motorcycles, Etc was previously titled to Mr. Thompson

4. Plaintiff seeks an order from this court directing Defendant Bolin to hand over all cash proceeds from the illegal sale of stolen estate assets.

1. Charles E. Thompsons estate.

## RELIEF SOUGHT cont.

5. Plaintiff request this court order the U.S. marshals office to inventory the assets of Defendant Bolin, this is needed to "square the books" when Defendant Bolin claims she has no money.

Likewise, the U.S. marshals office is needed to inventory all weapons stolen by Defendant Bolin & unknown Defendants.

6. Plaintiff seeks Punitive damages in the amount of $250,000.00 (two hundred & fifty thousand); and, Compensatory damages in the amount of $100,000.00 (one hundred thousand), against Defendant BOLIN.

7. Plaintiff seeks a declatery judgment declaring Defendant Bolin had no legal right to Charles E. THOMPSON's Estate.

8. Plaintiff seeks an order from this court requesting the US Attorneys office to press criminal charges against Defendant Bolin.

---

1. safe containing 40 guns stolen from Iowa & transported to missouri

Under penalty of perjury Plaintiff declares the facts stated herein are true and correct.

DATE: 02/26/2018

Kelly THOMPSON
/s/ Kelly Thompson
2603 NW 13th St #131
Gainesville, Fl 32609

WHEREFORE Plaintiff respectfully request this Honorable Court grant her motion and allow this case to proceed.

Kelly Thompson
/s/Kelly Thompson

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KELLY THOMPSON

### DEFENDANTS
CONNIE BOLIN, ET AL

(b) County of Residence of First Listed Plaintiff: **CLAY**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Jasper County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 02/20/2018
SIGNATURE OF ATTORNEY OF RECORD: X Kelly Thompson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____